# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                                 **Case No. 25-CR-241**

**LUZ NARANJO**
    **Defendant.**

## ORDER

**IT IS ORDERED** that this matter is scheduled for change of plea on **Thursday, January 15, 2026, at 11:30 a.m.**

Dated at Milwaukee, Wisconsin, this 12th day of December, 2025.

                                    /s/ Lynn Adelman
                                  LYNN ADELMAN
                                  District Judge